**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

ANGELO MASSEY                                                                        PETITIONER
*REG #10307-003*

V.                          CASE NO. 2:23-cv-00037-BSM-JTK

Chad Garrett, Warden                                                              RESPONDENT
FCI – Forrest City, AR[1]

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Brian Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

Petitioner Angelo Massey ("Mr. Massey") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1) The actual petition appears to be proper. However, he did not pay the filing fee nor did he request to proceed *in forma pauperis*.

---

[1] Because Mr. Massey is incarcerated at FCI – Forrest City, Arkansas, the proper Respondent is "Chad Garrett, Warden FCI – Forrest City, Arkansas." *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority").

On June 8, 2023, the undersigned ordered Mr. Massey to either pay the filing fee or request to proceed *in forma pauperis*. (Doc. No. 2) He was informed that his failure to comply with the June 8, 2023 order within 30 days may result in dismissal of his case pursuant to Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure. (Doc. No. 2)

Specifically, Local Rule 5.5(c)(2) provides the following:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Federal Rule of Civil Procedure 41(b) also states that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."

The Clerk of Court mailed a copy of the June 8, 2023 order to Mr. Massey on the same day. More than 30 days have passed since the entry and mailing of the order. Currently, Mr. Massey has not paid the filing fee or has not filed a Motion for Leave to proceed *in forma pauperis*. Thus, it is recommended that this case be dismissed without prejudice and that judgment be entered accordingly.

DATED THIS 2nd day of October, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE