IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANGELO MASSEY**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*REG #10307-003*

v.　　　　　　　　**CASE NO. 2:23-CV-00037-BSM**

**CHAD GARRETT, Warden,**　　　　　　　　　　　　　　　　　　**DEFENDANT**
**FCI – Forrest City, Arkansas**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. Angelo Massey's lawsuit is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 25th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE