IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANGELO MASSEY**                                                                                         **PLAINTIFF**
*REG #10307-003*

v.                                          CASE NO. 2:23-CV-00037-BSM

**CHAD GARRETT, Warden,**                                                                   **DEFENDANT**
**FCI – Forrest City, Arkansas**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE